UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO SANTOS,

                Plaintiff,

-against-

DANIEL CROSS, P.O.; JOHN BRENNAN, P.O.M.;
CLIFFORD ADER, DT2; DOMINICK DiMAGGIO,
ADA; FELICITY LUNG, ADA; JENNIFER N.
RUSSELL, ADA; DARCEL D. CLARK, DA,

                Defendants.

20-CV-4493 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued August 5, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  August 5, 2020
          New York, New York

                                        Louis L. Stanton
                                        U.S.D.J.